C L O S E D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CONANT PLAZA PHARMACY LLC,
    a Michigan Limited Liability Company
    d/b/a "CONANT PHARMACY"

      Plaintiff,                                Case No: 05-73406
                                                     Honorable: Anna Diggs Taylor
                                                     Magistrate Judge Mona K. Majzoub

v.

BFRX L.L.C.
    a Michigan Limited Liability Company
    d/b/a "CONANT PHARMACY"
Chadi A. Bazzi
    an individual
    d/b/a "CONANT PHARMACY"
Nabil Hussein Fakih
    an individual
    d/b/a "CONANT PHARMACY"
    Jointly and Severally

      Defendants.
_____/

Dobrusin & Thennisch, P.C.
Hattem A. Beydoun (P66071)
Jeffrey P. Thennisch (P51499)
Attorneys for Plaintiff
29 W. Lawrence Street, Suite 210
Pontiac, Michigan 48342
(248) 292-2920/(248) 292-2910 (Fax)
hbeydoun@patentco.com

Allen Brothers PLLC
James P. Allen, Sr. (P52885)
Attorney for Defendants
400 Monroe St, Suite 220
Detroit MI 48226
313-962-7777
_____/

## **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**
## **AND WITHOUT COSTS TO ANY PARTY**

Case No: 05-73406

Pursuant to Fed. R. Civ. P. 41(a), it is hereby stipulated and agreed by and among the parties, through their respective undersigned counsel of record, that:

This action shall be dismissed with prejudice, each party bearing its own costs, expense, and attorneys' fees.  The parties further stipulate and agree that the U.S. District Court for the Eastern District of Michigan shall retain jurisdiction over the terms of a separate Stipulated Permanent Injunction Order and Settlement Agreement executed by the parties.

So Stipulated And Approved:

| | |
|---|---|
| __s/Hattem Beydoun/_____ | __s/James Allen/_____ |
| Hattem A. Beydoun (P66071) | James P. Allen, Sr. (P52885) |
| Attorneys for Plaintiff | Attorney for Defendants |
| Dobrusin & Thennisch, PC | Allen Brothers PLLC |
| 29 W. Lawrence Street, Suite 210 | 400 Monroe St, Suite 220 |
| Pontiac, Michigan 48342 | Detroit MI 48226 |
| | |
| Dated:  11/9/05, 2005 | Dated:  10/31/05, 2005 |

After reviewing the Plaintiff's Stipulation for Voluntary Dismissal of the present action, the Court finds that it is in compliance with Fed.R.Civ.P. 41(a) and the local rules of the United States District Court for the Eastern District of Michigan.  Accordingly the Motion is hereby granted and the present action is hereby dismissed with prejudice.

   **IT IS SO ORDERED:**

DATED: **November 17, 2005**         s/Anna Diggs Taylor_____
                                     Hon. Anna Diggs Taylor
                                     United States District Judge
                                     U.S. District Court for the
                                     Eastern District of Michigan

Case No: 05-73406

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Stipulated Order of Dismissal* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail (James P. Allen, Sr. and Jeffrey Thennisch) disclosed on the Notice of Electronic Filing on **November 17, 2005**.

s/Johnetta M. Curry-Williams
Case Manager
